UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| KEVIN E. OCHS, | ) | CASE NO.  1:25-cv-01117 |
| | ) | |
| Plaintiff, | ) | JUDGE BRIDGET MEEHAN BRENNAN |
| | ) | |
| v. | ) | |
| | ) | |
| COMMISSIONER OF SOCIAL | ) | **OPINION AND ORDER** |
| SECURITY ADMINISTRATION, | ) | |
| | ) | |
| Defendant. | ) | |

Before the Court is the Report and Recommendation ("R&R") of Magistrate Judge

Darrell A. Clay recommending the Commissioner of Social Security's ("Commissioner") final

decision denying Plaintiff Kevin E. Och's ("Plaintiff") application for Supplemental Security

Income be reversed and remanded for further proceedings consistent with the R&R.  (Doc. 12.)

Under the relevant statute:

Within fourteen days after being served with a copy, any party may serve and file
written objections to such proposed findings and recommendations as provided by
rules of court.  A judge of the court shall make a de novo determination of those
portions of the report or specified proposed findings or recommendations to which
objection is made.

28 U.S.C. § 636(b)(1)(C) (flush language).

The R&R was issued on May 19, 2026.  (Doc. 12.)  The parties are represented by

counsel.  (Docs. 1, 9.)  The failure to timely file written objections to a report and

recommendation of a magistrate judge constitutes a forfeiture of *de novo* review by the district

court.  *Berkshire v. Dahl*, 928 F.3d 520, 530 (6th Cir. 2019); *see also Thomas v. Arn*, 474 U.S.

140, 146-52, 106 S. Ct. 466, 88 L. Ed. 2d 435 (1985) (upholding Sixth Circuit's waiver/forfeiture

rule as within its supervisory powers and consistent with 28 U.S.C. § 636(b)(1)(C)).  The R&R

plainly stated the consequences for failing to timely submit objections.  (Doc. 12 at 835.)  No objection to the R&R has been filed and the deadline for doing so has passed.

The Court has reviewed the R&R.  For the reasons stated therein, the Court ACCEPTS and ADOPTS the R&R (Doc. 12) in its entirety.  The Commissioner of Social Security's final decision denying Plaintiff Kevin E. Och's ("Plaintiff") application for Supplemental Security Income is REVERSED and REMANDED for further proceedings consistent with the R&R.

**IT IS SO ORDERED.**

Date:   June 4, 2026

_____
BRIDGET MEEHAN BRENNAN
UNITED STATES DISTRICT JUDGE